**Order entered September 4, 2014**



In The

**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-14-00321-CV

**MITTIE FLEMING DBA, Appellant**

**V.**

**SUBWAY RESTAURANT, 1309 MAIN ST, LLC AND BASCOM GROUP, LLC,**
**Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-00683**

## ORDER

This is an appeal from the trial court's order of dismissal for want of prosecution. By letter dated August 8, 2014, Renee Drake, Official Court Reporter of the 44th Judicial District Court, informed us that "no record was made and no hearing was actually had" in this case. In a motion filed August 28, 2014, appellant complains of the lack of a reporter's record and requests we "sanction" the trial court "for failing to file the court reporters records, and re-order the court reporters record and [trial court's] notes to be submitted immediately." Because "no hearing was actually had," we **DENY** appellant's motion. Appellant's brief remains due September 22, 2014.

/s/ ELIZABETH LANG-MIERS
JUSTICE